FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2023-1955
_____

LOREN MARK AMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.


June 26, 2024


PER CURIAM.

Loren Mark Ames appeals an order denying his postconviction motion filed under Florida Rule of Criminal Procedure 3.800(a). Ames sought to challenge his life sentence imposed after a 2002 jury trial with a conviction of second-degree murder. We affirm.

The court finds that this petition is frivolous and successive and refers Ames to the Department of Corrections for sanctions. *See* § 944.279, Fla. Stat. (2023) (providing that "[a] prisoner who is found by a court to have brought a frivolous or malicious suit, action, claim, proceeding, or appeal . . . is subject to disciplinary procedures pursuant to the rules of the Department of Corrections"); *Ponton v. Willis*, 172 So. 3d 574, 576 (Fla. 1st DCA 2015) (explaining that a *Spencer* order is not required before a

court may refer an inmate for disciplinary action under the statute based on a frivolous filing).

This is Ames' fourth frivolous appeal filed in this court seeking to collaterally attack his 2002 judgment and sentence. *See Ames v. State*, 985 So. 2d 1094 (Fla. 1st DCA 2008) (affirming order denying a rule 3.850 motion); *Ames v. State*, 132 So. 3d 224 (Fla. 1st DCA 2013) (affirming order denying a rule 3.800(a) motion); *Ames v. State*, 166 So. 3d 767 (Fla. 1st DCA 2015) (affirming order denying a rule 3.800(a) motion).

The court warns Ames that any future filings that this court determines to be frivolous or malicious may result in the imposition of further sanctions, including a prohibition against any future pro se filings in this court.

AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Loren Mark Ames, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.